# FINAL ORDER AND JUDGMENT APPROVING CLASS ACTION SETTLEMENT

# EXHIBIT A

| | | |
|---|---|---|
| TAKILA J ADAIR | MARILYN L BYRD | DONNA M DASSE |
| SHATONIA C ADAMS | TRACEY L BYRD | CARRIE L DAVIDSON |
| LAVONDIA T ALEEM | TRECIA Y BYRD | BARBARA L DAVIS |
| GWENITA D ALEXANDER-SPENCER | SYLVIA J CAESAR | BETTY DAVIS |
| KATHY D ALLEN | VARITA CALDWELL | CATHY D DAVIS |
| TIFFANY ALLEN | CAROLYN CALHOUN | CHANDREA N DAVIS |
| CLAUDIA E ANDERSON | TIERRA S CALHOUN | LINDA R DAVIS |
| ANGELA ANDREWS | VERONICA D CAMPBELL | SHARON D DAVIS |
| PHYLLIS ANDREWS | BRENDA L CARR | SHIQUITA DAVIS |
| AMBER N ATKINS | LATUNYA D CARR | VALERIE L DAVIS |
| MARLENE H AVERY | NEKITIA L CARROLL | ANDREA C DAWSON |
| CARLEEN BAILEY | KITWANA CARTER | GLENICE DEGRAFFENREID |
| JADA M BAKER | KITWANA S CARTER | LEDEITRICH S DIAL |
| JESSICA V BANKHEAD | SHARON CARTER | WILLIE M DILLARD |
| STEPHANIE I BARNES | SONYA CARTER | AMANDA M DOATY |
| CHARLENE BATES | SONYA R CARTER | JACQULYN D DOSS |
| MARSHA J BATES | YOCIA M CARTER | SHERYL S DOVE |
| NAKEYA L BATES | PATRICIA D CASH | WYONNA T DUBOSE |
| DEBORAH A BAZZELL | DEBRA A CASHAW | JUANITA L DUNCAN |
| AUDREY L BEARD | BRENDA CASSELS | SHUNTAE R DUNNING |
| TIERIKA BECK | TAWANDA A CHATMAN | CASSIE L DUTTON-TOLBERT |
| ODORA BECKWOOD SANDERS | PEACHES K CHEATAL | LAURANTINE K ECHOLS |
| DENISE M BELL | KRISTY D CHERRY-RANDLE | ANGELA EDWARDS |
| KATRELL BELL | GRAHAM B CHERYL | DEMETRICE EIRBY |
| SHARON L BELL | ANDREA L CLARK | TAMELA A EKSTER |
| LORI D BEST | WENDY D COCKRELL | PATRICIA A ELLIS |
| SHEILA F BONDMAN | DARLENE COCKVELL | TENA B EMBURY |
| CYNTHIA L BONHAM | DARLENE P COCKVELL | KYLA A ESTES |
| KARI L BOST | VERONICA L COLE | DELAINA EVANS |
| DELORIS D BOYD | QUAVELYN P COLEMAN | JESSICA D EVANS |
| LAJUANAKEE BRANTLEY | JAMECA L COLLINS | JEWANDA EVANS |
| KENDRA R BRAZIL | SHERLINDA COLLINS | ALICIA B EVERSON |
| ROBIN M BRAZIL | TEASHA M CONNER | KIMBERLY D FALLIN |
| JANICE G BREWSTER | ELIZABETH B CONWELL | LISA FINLEY |
| LATREASA N BRIDGES | KALETA S CONWELL | DENISE K FLANNAGIN-GEORGE |
| PHYLLIS E BRIGGINS | TERESA M CONWELL | ETHEL M FLOWERS |
| ALTHEA BRIGGS | KAREN FAYE COOK | WILMAJEAN B FOMBY |
| EUGENIA BROWN BROWN | TAUSHA D COOKS | LEATRICE FOSTER |
| THERESA V BROWN | JERRI L COOLEY | LEATRICE DENISE FOSTER |
| TOSHA RESHA BROWN | ELIZABETH L COTTRELL | PECOLIA D FOSTER |
| KAREN R BURCH | SHERI G CRAIG | CARLA D FRAZIER |
| KIME M BURGIN | SALLY E CRAWFORD | LATRICE FRAZIER |
| MELODY A BURKS | TAWANA D CRAWFORD | KASANDRA L FRISON |
| ANGIE D BURNETTE | JOLEEN C CROMER | KRYSTAL Y FRIZZLE |
| CHERYL J BURRELL | SABRYNA Y CUNNINGHAM | TYNISHA L GAINES |
| KATHY BURROUGHS | JENNIFER M CURRY | CARNIE D GARDNER |
| JUANNETTE W BURROW | LATOSHA S CURRY | DEVES A GARDNER |
| JEVONNA F BUTLER | LAKISHA D CUTTS | LEVETTUS GARDNER |

| | | |
|---|---|---|
| QUSHAYLON M BUTLER | PAMELLA E DAGNAN | RENEA GARDNER |
| LORETTA BYRD | JEANETTE DANIELS | NIKI L GARRARD |
| CYNTHIA L GARZA | LATOSHIA HOLLIS | VICKIE D JONES |
| NICHELLE D GAULT | GLORIA JEAN HOLMES | YOLANDA JONES |
| KIMBERLY L GIBSON | JESSICA R HOLT | JANE M JORDAN |
| ARDILIS D GILMORE | CONNIE E HORN | SHELANDRA M JORDAN |
| TRACEY J GODFREY | THOMASA HORTON | BELINDA S JUSTICE |
| STAC I D GOLDSBY BROWN | CHARLESSA M HOSKIN | AMANDA N KEETON |
| SHIRLEY R GOLSTON | LECRESHA R HOUSER | KATHERINE H KELLEY |
| TAMEKA S GOODGAME | SYDERIA M HOUSTON | LASHUNDRA S KELLY |
| LAURA GOUGH | FELICIA M HOWARD | ALMA E KENDRICKS |
| TARONA N GRADDICK | LATOYA Y HOWARD | LAWANDA M KEY |
| COL-PERTRICE GRANT | OLA L HUBBARD | TAMICA A KEY |
| CHRISTINE GRAY | NILAJA HUDSON | LESHAWN N KIDD |
| FELICIA GREEN | CARLA M HURST | SUSIE A KING |
| MELINDA Y GREEN | CAROLE M HUTCHINS | ARLETHA M KIRKSEY |
| EARTHA L GRESHAM | LORETTA HUTCHINSON-BERRY | SANDRA H KITCHENS |
| EARLENE M GROOM | LORRETTA J HUTCHINSON-BERRY | ANNIE M KLINE |
| SHERRYVONNE HALE | CONNIE S HYDE | VICKIE KNIGHT |
| KARIN R HALL | ORALEE IRVING | VICKIE L KNIGHT |
| BERNADETTE Y HAMILTON | ANGEL L JACKSON | MIRANDA L KNOX |
| CHARLA M HAMMELL | ANGELA JACKSON | TINA KYLES |
| DONICE HARDY | CARRIE D JACKSON | SHIRLEY S LAFLEUR |
| RENEIKA R HARE | DEBORAH S JACKSON | TAMELA L LAMPLEY |
| AVOS C HARGROVE | DOROTHY M JACKSON | WENDY LANGSTON |
| BRENDA LEE HARKINS | LAKIESHA S JACKSON | AMBERA R LAW |
| CHERYL HARNER | MARQUITA JACKSON | TANYIKA D LAWSON |
| ANITAL G HARRIS | TAMIKA L JACKSON | AMBER M LAY |
| BARBARA A HARRIS | TAMU L JACKSON | EMILY R LEACH |
| DAFFNEY R HARRIS | TONJA G JACKSON | ANDREA B LEWIS |
| DEBRA L HARRIS | PATRICIA D JAMES | BRENDA J LEWIS |
| LATIVIA A HARRIS | EDWENIA N JEFFERY | ELIZABETH A LEWIS |
| MEGAN R HARRIS | BARBARA A JEMISON | FRANCINE C LEWIS |
| SHIRLEY HARRIS | YVETTE JENKINS | GERALDINE D LEWIS |
| SHIRLEY DENISE HARRIS | ANGELA M JOHNSON | KIM S LEWIS |
| GERLINE HARRISON | CARLENDY D JOHNSON | PAMELA LEWIS |
| VALERIE J HAWKINS | CAVENA D JOHNSON | ELIZABETH D LILLY |
| LORETTA HENDERSON | CORITHA N JOHNSON | CATHY L LINDSEY |
| SHERRY D HENDERSON | CYNTHIA L JOHNSON | KAREN D LINDSEY |
| CAROLYN HENSON | DEBORAH A JOHNSON | LISA J LIPHAM |
| PAMELA R HERROD | DEMETRIC JOHNSON | SHARON R LOCKETT |
| TERESA B HERVEY | DORIS A JOHNSON | ALDONIA LUCY |
| ALISA K HICKLEY | EMMA E JOHNSON | DIETRICH LUMPKIN |
| DORETHA A HILL | PATRICIA A JOHNSON | FELECIA G LUSTER |
| LASHAWN N HILL | SENEATHIA D JOHNSON | PATRICIA D LUTHER |
| LATRACIA HILL | TRACEY N JOHNSON-HAYES | LAKESHA C LYONS |
| MINNIE HILL | SHERRY LYNN JOLLY | FELECIA C MABRY |
| SONDRA Y HILL | DEBRA A JONES | STEPHANIE L MALLORY |
| TONI W HILL | DOLORES K JONES | DECARLA R MANUEL |
| HATTIE M HILLIARD | KEWANEE C JONES | TARA L MARS |
| MARY C HOLCOMBE | MICHELLE R JONES | DENERA B MARSHALL |

| | | |
|---|---|---|
| MELINDA D HOLLEY | NATASHA T JONES | RACHEL Y MARTIN |
| LATOSHIA HOLLIS | SARAN JONES | PATRICIA K MASTEN |
| CAROL D MATHEWS | JAMIE L NORSWORTHY | ANN SHAW |
| LAKEYSHA S MATTHEWS | GERRIA L O'NEAL | REGINA L SHEPPARD |
| REGINA L MATTHEWS | LATASHA P OATS | MYRA J SHORT |
| MIRANDA K MAY | PATRICIA R ODDO | SHELIA SIMMONS |
| CHRISTINE Y MCARTHUR | STACY A ODEN | TONDALAYA M SIMMONS |
| RAECHELLE J MCCOY | ATTIE F PAIGE | ADRIENNE SKINNER |
| | | LAMERICLE SLAUGHTER-NELSON |
| LANESA J MCGOWAN | DONNA PARHAM | |
| PATRICIA A MCGRUE | NIKEISHA K PARKER | BENITA F SMITH |
| GEORGIA B MCHEARD | CAROLYN R PARNELL | DEBRA K SMITH |
| SHERETTA D MCKEE | EMMA LEE PARNELL | KAREN RENEE SMITH |
| KELLEY S MCPHERSON | TERESA G PAUL | LYNDA J SMITH |
| DENICE MCQUEEN | LANESSA F PEEPLES | MARY D SMITH |
| DEBBIE H MEDDERS | DONNA R PENICK | MITTIE M SMITH |
| JENNIFER W MELTON | KAMILLE Y PERKINS | MYCHELL C SMITH |
| TANISHA T MENEFEE | CYNTHIA PERRY | PAMELA D SMITH |
| JAMELL C MENNIEFEE | CYNTHIA B PERRY | SHALONDA P SMITH |
| TAMEEKA C MERRITT | TAMMY W PETTWAY | STEPHANIE Y SMITH |
| ALLISON MIDDLEBROOKS | JENNIFER PHARO | BARBARA A SNEAD |
| ANGELA E MILLER | RITA C PICKENS | ASHLEY L SNELSON |
| ANITA D MILLER | LISA K PICKETT | TANYA L SOLES |
| LINDA F MILLER | TINA D PIERCE | CYNTHIA W SPENCER |
| TIFFANY LATRESE MILLER | MELYNDA R PRESSWOOD | LORI SQUIRES |
| CYNTHIA L MITCHELL | CAROLYN M PULLOM | LISA M STANFORD |
| FELICIA L MITCHELL | CONNIE E PULLOM | TERRY L STANLEY |
| THERESA A MITCHELL | KIMBERLY E PURVIANCE | JENNIFER D STEELE |
| GLORIA J MOORE | ROSEMARY J RANGE | KINA L STEELE |
| LANISE R MOORE | MELANIE RANKIN | LORETTA D STEPHENSON |
| LYNN A MOORE | DONNA L RENDA | LATONJA STEVENSON |
| WYTERIA C MOORE | LATONYA T REYNOLDS | CLAUDETTE STEWART |
| MESHICA M MORGAN | SHERITA D RICE | CRYSTAL S STOCKDALE |
| TASSYNA R MORGAN | ALMA L ROBERTS | RENETTA D STRINGER |
| BRANDY R MORRIS | ADRIENNE N ROBINSON | TAMIKA R STURDIVANT |
| JACQUELINE MORRIS | MAE E ROBINSON | GLORIA J SULLIVAN |
| JACQUELINE MORRIS | TRACZ S ROBINSON | SHARON F SUTHERLIN |
| TAMIKA L MORRIS | JUANITA CERISE ROGERS | RIKISHA W SUTTLES |
| LATASHA N MOSS | NIKKI ROGERS | CONTESSA N SWAIN |
| ZAKE MOSTELLA | DELIA CRAWFORD ROWE | PAULETTE TATUM |
| JACQUELINE MULLINS | JERYL L ROWRY | ARNETRA D TAYLOR |
| KIMBERLY K MURRAY | TONYA V ROZELL | FRANCES W TAYLOR |
| GERALDINE MURRELL | JANET A RUFFIN | LEONA J TEMPLETON |
| JACKIE D NASH | TANYANIKA L RUFFIN | CHRISTAL K TERRY |
| PATRICIA L NASH | NICOLE M RUSSELL | ALFREDA THOMAS |
| GLENISHA F NEAL | CHONDALE RUTLEDGE | ARLENE THOMAS |
| PHYLLIS NELSON | KIMBERLY J SAMS | MIAONETTE DEON THOMAS |
| PHYLLIS K NELSON | CRISTY L SAMSAI | REBECCA Y THOMAS |
| SPARKLE R NELSON | HURISHSENE SANDERS | SHARON TURNER THOMAS |
| NASHOTA L NEWMAN | NANCY R SANDERS | TANGELA L THOMAS |
| DONNA L NICHOLSON | SHERESA D SANDERS | ERICA D THOMPSON |
| MARY A NICKERSON | KRISTIE L SANDOVAL | KATHARINE THOMPSON |

| | | |
|---|---|---|
| JULIE NIX | DENISE L SCOTT | NORMA J THREATT |
| MAKEDA L THURMAN | SHARON D WILLIAMS | |
| PHYLLIS L TIPPER | TONIELIZABETH C WILLIAMS | |
| JAMIE R TODD | TORI E WILLIAMS | |
| RUBY A TODD | VICTORIA R WILLIAMS | |
| RUDY TODD | D'YONTA J WILSON | |
| CYNTHIA D TOLBERT | HEIDI L WILSON | |
| BETH D TOLEN | RAVIN M WILSON | |
| LINDA TOODLE | RYTA R WILSON | |
| LINDA F TOODLE | SCHANNA J WINFIELD | |
| CRYSTAL L TOWE | LATRESSA S WITHERS | |
| SHARON TRAN | WANDA R WOODGETT | |
| KAY TRAYWICK | LINDA WOODS | |
| LAURA K TRAYWICK | LINDA M WOODS | |
| EMMA J TUBBS | RAKISHA K WORTHY | |
| TANYA Y TUBBS | ANNIE DENISE WRIGHT | |
| TANYA Y TUBBS | TINA M WRIGHT | |
| TEIA D TURNER | MICHELLE D WYATT | |
| THERESA A TURNER | ALICE THERESA YATES-POE | |
| HEATHER A TURNIPSEED | BETTINA A YELLING | |
| DEBORAH T UNDERWOOD | LISA A YORK | |
| ERICA D WADE | CLAUDIA V YOUNG | |
| NANCY L WAITS | | |
| JACQUELINE DENISE WALKER | | |
| RUTH E WALKER | | |
| SHARON Y WALKER | | |
| TRINA L WALKER | | |
| SCARLETT O WALLACE | | |
| SHARON M WALLACE | | |
| BARBARA E WALLIS | | |
| ROXANN W WALTON | | |
| ICIE V WARD | | |
| LELA K WARREN | | |
| ALGENE V WASHINGTON | | |
| BERNITA B WASHINGTON | | |
| TAMIKA L WASHINGTON | | |
| ANGELA L WATSON | | |
| CAROLYN J WATTS | | |
| KIMBERLY N WEATHERINGTON | | |
| TRACY I WELLS | | |
| SHELIA WHATLEY | | |
| CHANTEL T WHITE | | |
| KRISTA M WHITED | | |
| BERNADETTE WHITFIELD | | |
| CORITTA M WILLIAMS | | |
| DOROTHY C WILLIAMS | | |
| FELECIA V WILLIAMS | | |
| JESSICA S WILLIAMS | | |
| LORETTA WILLIAMS | | |
| LORETTA WILLIAMS | | |
| SANDRA K WILLIAMS | | |

SHELAVONNE A BOGLIN  
PORSIOUS T BROWN  
TIFFANY BROWLER  
KIM D GASTON  
ANGELA GOLDSBY  
ALECIA M GOODWIN  
STEPHANIE P GOREE  
ADRIENE D GRAY  
KATHERINE V HARRIS-GRIFFITH  
LOTORIA C LANGHAM  
LATORIE M MASON  
ANGELA D MAYE  
TANGEE D MCPHERSON  
ARQUETTA R MONTGOMERY  
MELISSA D O'BANNON  
TAMMY OMERE  
ZENA T ROBINSON  
BARBARA S ROSS  
ASHLEY R RUFF  
TAMIKA J RUTLEDGE  
JANELLE A SAFFORD  
TANGELIA T SANDRIDGE  
TAMEKA SCOTT  
ANNETTE K SMITH  
LISA G THOMAS  
CRYSTAL D TOLBERT  
CORETTA TOLES  
SAMARIA WALKER  
JOYCE WIGGINS  
DENISE Y GLASS

LASONJA BOYD  
REMONA P COATES  
CHERYL D MOORER  
TARA E TURNBOW  
ANNETTE MALLORY